**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BRYAN LEE, | ) | Case No. 2:22-cv-01209-NJK |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME FOR DDATAX, LTD TO FILE ANSWER** |
| DATAX, LTD, | ) | |
| | ) | |
| Defendant. | ) | **FIRST REQUEST** |
| | ) | |

    Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from August 19, 2022 through and including **September 19, 2022**. The request was made by DataX so that it can have an opportunity to collect and review its internal files

/ /

/ /

/ /

/ /

/ /

pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 17th day of August, 2022.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By:  /s/*Gia N. Marina*<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada  89169<br>E-mail: gmarina@clarkhill.com<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 862-8400<br>*Attorney for Defendant DataX, Ltd.* | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Phone: (702) 848-3855<br>Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  August 18, 2022